AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | )   Case No.   5:25-mj-424 (ML) |
| | ) |
| Marvin Wotsbeli Aguilar-Garcia, | ) |
| | ) |
| | ) |
| Defendant | ) |

> U.S. DISTRICT COURT – N.D. OF N.Y.
> **FILED**
> **Dec 16 - 2025**
> John M. Domurad, Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about December 15, 2025, in the county of Lewis in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| **Title 18, United States Code, Section 111(a) & (b)** | **Assaulting Federal Officer or Employee** |

This criminal complaint is based on these facts:
**See Attached Affidavit in Support of Criminal Complaint**

☒   Continued on the attached sheet.

_____
*Complainant's signature*

**Jonathan Adamowich, Special Agent**
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:   ___December 16th, 2025___

_____
*Judge's signature*

City and State:   **Binghamton, New York**       **Hon. Miroslav Lovric, U.S. Magistrate Judge**
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jonathan Adamowich, being first duly sworn, hereby depose and state as follows:

1.      I am an agent with Homeland Security Investigations assigned to Syracuse, New York. I have been working in this capacity for approximately three years. I make this affidavit in support of a criminal complaint for a violation of Title 18, United States Code, Section 111(a) & (b) against Marvin Wotsbeli AGUILAR-GARCIA (the "Subject"). This affidavit is based upon information I reviewed and/or received from law enforcement colleagues. It sets forth probable cause regarding the alleged offense but does not set forth all information known to law enforcement regarding the Subject.

2.      On December 15, 2025, I was contacted by United States Border Patrol (USBP) Wellesley Island with information that a Border Patrol Agent had been assaulted while attempting to administratively arrest the Subject. The Subject is an illegal alien with a final order of removal dated June 1, 2022. The subject is also on probation with Lewis County Probation due to being convicted of Aggravated Driving While Intoxicated (DWI) and Aggravated Vehicular Assault on January 18, 2023.

3.      On December 15, 2025, at approximately 7:45 a.m., USBP Wellesley Island and Lewis County Sheriff's Office observed the Subject enter the passenger side of a white Audi Q7 at his last known residence of 10300 State Route 26, Castorland, NY. A deputy from the Lewis County Sheriff's Office conducted a traffic stop on the vehicle utilizing a marked police car. During the traffic stop, Border Patrol Agent (BPA) Trevor Baize approached the passenger front door of the vehicle; he was wearing plain clothes with his agency issued badge around his neck. As BPA Baize approached the front passenger door, the door swung open and the Subject exited the vehicle. Immediately after exiting the vehicle, the Subject threw what appeared to be the vehicle's owner's manual book at BPA Baize, striking him in the corner of his left eye and causing immediate swelling and bruising. The swelling and bruising worsened gradually throughout the

day. After throwing the owner's manual, the Subject immediately absconded towards a nearby wooded area. The Subject was apprehended by USBP Wellesley Island and the Lewis County Sheriff's Office approximately 300 meters from the vehicle he fled from.

4.      Based on the foregoing, there is probable cause to conclude that the Subject has violated Title 18, United States Code, Section 111(a) & (b).

ATTESTED TO BY THE APPLICANT BY VIDEOCONFERENCE IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

Respectfully submitted,

Jonathan Adamowich
Special Agent
Homeland Security Investigation

Dated: December 12th, 2025

Hon. Miroslav Lovric
U.S. Magistrate Judge