# EXHIBIT A

From:Chesterfield General District 8047481757 01/12/2026 14:44 #543 P.003/004

# WARRANT OF ARREST—MISDEMEANOR (STATE)

COMMONWEALTH OF VIRGINIA Va. Code § 19.2-71, -72

Chesterfield
CITY OR COUNTY

[X] General District Court [ ] Criminal [X] Traffic
[ ] Juvenile and Domestic Relations District Court

TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 09/07/2017 (DATE) did unlawfully in violation of Section ~~18.2-266~~ 46.2-852, Code of Virginia: drive or operate a motor vehicle ~~while having a blood alcohol concentration of 0.08 percent or more by weight by volume or 0.08 grams or more per 210 liters of breath; or while under the influence of alcohol, or while under the influence of a narcotic drug or other self-administered intoxicant or drug, or a combination of drugs, to a degree which impaired the accused's ability to drive or operate a motor vehicle safely, or while under the combined influence of alcohol and a drug or drugs to a degree which impaired the accused's ability to drive or operate a motor vehicle safely.~~

NOOL attached

Reckless Driving.

TO BE FINGERPRINTED

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Kyle, B. P.,#328 Chesterfield County Police, Complainant.

Subs issued 9-7-17

Execution by summons [ ] permitted at officer's discretion. [X] not permitted.

09/07/2017 03:12 AM
DATE AND TIME ISSUED

[signature]
M.S. Znotens
[ ] CLERK [X] MAGISTRATE [ ] JUDGE

CCRE May be Required

Chesterfield General District Court
I, the undersigned clerk or deputy clerk of the above-named court, authenticate pursuant to VA. Code § 8.01-391 (C) on this date that the document to which this authentication is affixed is a true copy of a record in the above-named court, made in the performance of my official duties.

1/12/26 Date
J Thompson [ ] Clerk [X] Deputy Clerk

CASE NO. 17031352

ACCUSED:
Aguilar Garcia, Marvin
LAST NAME, FIRST NAME, MIDDLE NAME

[redacted]
ADDRESS/LOCATION
Addison, VT 0549_

To be completed upon service as Summons
Mailing address [ ] Same as above
[ ]

| RACE | SEX | BORN MO. | DAY | YR. | HT. FT. | IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| | M | [redacted] | | | 5' | 05" | 120 | BRO | BLK |

SSN

DL# STATE

[ ] Commercial Driver's License

CLASS 1 MISDEMEANOR

[X] EXECUTED by arresting the Accused named above on this day:
[ ] EXECUTED by summoning the Accused named above on this day:
[ ] For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

9-7-17 3:25 Am
DATE AND TIME OF SERVICE

B.P. Kyle, ARRESTING OFFICER
328 CCPD
BADGE NO., AGENCY AND JURISDICTION

for
SHERIFF

Attorney for the Accused:
Ct Apt Charles Phelps

Short Offense Description (not a legal definition):
DWI: 1ST OFFENSE

Offense Tracking Number:
041GM1700028053

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:
~~DWI-5413-M1~~

REC 6625-M1

M

SEP 07 2017

11:00 AM
Hearing Date/Time
10-10-17
8:30am

$2500 w/s

STATE