06:02 4G 86

6

All Photos Reels

7

**Trevor Baize**
Dec 29, 2023 ·




8

05:58 4G 88

6

All Photos Reels

[redacted] **Trevor Baize**

Jan 25 ·

If you want to protest, assemble in front of the lawmakers and air your grievance. DO NOT interfere with la enforcement operations, (YES, THE ARE LAWFUL).

**Firearms trainer-Marine- Tor Branum** · Follow

Jan 24 ·

The people who die are never the ones who told them to show up.... See more




Send a gift

19 7

05:59 4G 88

[redacted] + 18

[redacted] · 6d

Filming is not interfering. Observing is also lawful. Neither warrant execution in the streets.

Reply

**Trevor Baize** · 6d

[redacted] you are absolutely correct. Filming law enforcement operations in public areas is lawful, it becomes UNLAWFUL when you put the camera in the agents face while they are conducting business. It becomes UNLAWFUL when you fail to comply with lawful orders (even if you dont like them). It becomes a federal felony when you place your hands on an agent and forcibly resist them. Now add in... See more

Reply 5

Write a comment...

05:59 4G 87

[redacted] + 18

hands on an agent and forcibly resist them. Now add in the firearm. It is generaly lawful to possess a firearm. It is lawful to conceal that firearm, if you have the proper permit (on your person). It becomes a crime when you comit ANY UNLAWFUL act while carrying that firearm. Most people have a right to carry a firearm under the 2nd amendment, but with that right also comes responsibilities. You CAN NOT fight and violently resist law enforcement while carrying a firearm without running the risk of being killed. Like I said in the post, if you dont like the law, force the lawmakers to change it. There is not a single law enforcement agent/officer in this country that can change the law in the middle

Write a comment...

05:59 4G 87

[redacted] + 18

in this country that can change the law in the middle of a law enforcement operation.

Reply 5

[redacted] · 6d

Trevor Baize you're right, LEOs cannot change the law in the middle of enforcing it. So they should actually know it and abide by it. The penalty for any of those unlawful actions you noted is not extrajudicial death. And Alex Pretti wasn't doing any of those things you noted, anyway.

Reply

[redacted] Trevor Baize · 6d

[redacted] I can guarantee every agent at that scene has had extensive training in the laws that they can enforce and were acting within the authority granted by

Write a comment…

05:59

[redacted] + 18

[redacted] Trevor Baize · 6d

[redacted] I can guarantee every agent at that scene has had extensive training in the laws that they can enforce and were acting within the authority granted by those laws. Correct again, the penalty for his violations is not "extrajudicial death" but the consequences of his actions can absolutely result in his death. The 10sec clips that FB has selected for you to see probably does not show all of his actions, but when the full encounter is viewed from the very beginning, Alex Pretti did every one of the things I noted. I can agree with you that this should never have happened, but blame needs to be put where blame is due, and Alex Pretti bringing a gun to a violent confrontation with

Write a comment...

06:00 4G 87

[redacted] + 18

happened, but blame needs to be put where blame is due, and Alex Pretti bringing a gun to a violent confrontation with law enforcement, is exactly where blame is due.

Reply

[redacted] [redacted] · 6d

Trevor Baize I did see it from the very beginning, the only ones being violent were the ICE/CBP agents. He didn't bring a gun to a violent confrontation, no matter how many times Noem says it. He was going about his day while legally carrying, observed ICE being violent towards lawful observers and they killed him for it. Even those on the right have recognized this. Blame falls squarely on the ag... See more

Reply

Write a comment...

06:00 4G 87

[redacted] + 18

law enforcement, is exactly where blame is due.

Reply

[redacted] [redacted] · 6d

Trevor Baize I did see it from the very beginning, the only ones being violent were the ICE/CBP agents. He didn't bring a gun to a violent confrontation, no matter how many times Noem says it. He was going about his day while legally carrying, observed ICE being violent towards lawful observers and they killed him for it. Even those on the right have recognized this. Blame falls squarely on the agents who escalated the situation and ultimately murdered him. Hopefully y'all get right with God and the Constitution before it's too late. ✌️

Reply

Write a comment...

12:38 • 4G 32

3

All Photos Reels

**Trevor Baize**
Jan 25 ·

**Nick Freitas** · Follow
Jan 25 ·

**Megan Basham**
@megbasham
X.com

If ICE is so untrained and out of control, how come Minneapolis is the only city in which we are seeing these tragedies? Maybe it's because the leadership of Minnesota is encouraging miscreants to break the law, terrorize the city, and impede law-enforcement.

13 1 1

**Trevor Baize**
Jan 25 ·

If you want to protest, assemble in front of the lawmakers and air your grievance. DO NOT interfere with lawful enforcement operations, (YES, THEY ARE LAWFUL).

**Firearms trainer-Marine- Tori Branum** · Follow
Jan 24 ·

12:39 4G 31

[redacted]

All Photos Reels

[redacted] **Trevor Baize**
Jan 18 ·

**Nyisha Loraine** · **Follow**
Jan 16 ·

Calling enforcement slavery doesn't make it true.
It just shows you don't understand either one. #ice #immigration #truth



12:39

3

All Photos Reels

[redacted]

**Trevor Baize**

6d ·








Unsure about self-employed deductions? Get expert help with Tur…

Intuit Tur… Sponsored