**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

-v- 5:25-CR-492 (AJB)

MARVIN WOTSBELI AGUILAR-GARCIA, **TO BE FILED UNDER SEAL**

Defendant.

---

**Hon. Anthony Brindisi, U.S. District Judge:**

**ORDER to SHOW CAUSE**

On December 18, 2025, the United States of America (the "Government") obtained from a federal grand jury a one-count indictment charging defendant Marvin Wotsbeli Aguilar-Garcia ("defendant") with assaulting a federal officer:

> On or about December 15, 2025, in Lewis County in the Northern District of New York, the defendant **MARVIN WOTSBELI AGUILAR-GARCIA**, knowingly and intentionally did forcibly assault, resist, oppose, impede, and interfere with any person designated in 18 U.S.C. § 1114, that is a Border Patrol Agent, while the agent was engaged in official duties, and inflicted bodily injury, in that **AGUILAR-GARCIA** thew [*sic*] a book at the agent during a traffic stop, striking the agent near the eye and causing injury, in violation of Title 18, United States Code, Section 111(a)(1) & (b).

Dkt. No. 10 (emphases in original).

On January 14, 2026, the case was set for a jury trial to begin on February 17, 2026. Dkt. No. 18. On January 29, 2026, in advance of that trial date, the Government presented a proposed superseding indictment to the "same grand jury." *See* Dkt. No. 48. As the Government explains, the proposed superseding indictment was identical to the indictment in all respects except that it alleged defendant "threw an object at the agent during a traffic stop" rather than "thew [*sic*] a book at the agent during a traffic stop. *Id.*

The grand jury returned a "no true bill." *See* Dkt. No. 48. The no-bill was reported to the Court and disclosed to defendant. *Id.* The parties continued toward trial on the indictment. At the final pre-trial conference, the Court inquired of the parties whether the subsequent return of a "no true bill" by the *same* grand jury that returned the indictment posed any legal impediment to the prosecution of defendant on the original indictment (especially in the unusual situation presented here: the same grand jury refused to indict on a nearly "identical" proposed superseding indictment). Upon review of the available record, it is

ORDERED that

1. The Government shall SHOW CAUSE, in writing, on or before **5:00 p.m.** on **Thursday, February 12, 2026**, why the original indictment remains a valid charging instrument and should not be dismissed based on the finding of "no true bill" by the same grand jury;

2. Defendant may submit a brief setting forth his position, in writing, on or before **5:00 p.m.** on **Thursday, February 12, 2026**;

3. Responses, if any, shall be due on or before **12:00 p.m**. on **Friday, February 13, 2026**; and

4. The jury trial set for Tuesday, February 17, 2026, REMAINS scheduled at this time.

IT IS SO ORDERED.

Dated: February 11, 2026
Utica, New York.

Anthony J. Brindisi
U.S. District Judge