# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Albany Office

39 N. Pearl Street
5TH FLOOR
ALBANY, NY 12207
(518) 436-1850
(518) 436-1780 FAX

February 12, 2026

Honorable Anthony J. Brindisi
United States District Judge
10 Broad Street
Utica, NY 13501

> **RE:    United States v. Marvin Aguilar Garcia**
> **Case No.: 25-CR-492 (AJB)**

### APPLICATION TO FILE BRIEF UNDER SEAL

Dear Judge Brindisi:

This letter serves as my application to file the defendant's brief in response to the Court's Order to Show Cause under seal, pursuant to Local Rule 49.2(b) (amended January 1, 2021). On February 2, 2026, this Court issued an order authorizing the Government to disclose certain information to the defense subject to a protective order, pursuant to an ex parte motion from the Government. Dkt. No. 23. This Court issued a similar order again on February 3, 2026. Dkt. No. 42. As part of these orders, the Court ordered that any filing that references the facts disclosed pursuant to the orders shall be filed under seal. Defense counsel now seeks to file a brief that references these facts. In order to comply with these orders, the brief needs to be filed under seal. A proposed order is attached to this application.

Thank you for your time and consideration in this matter.

> Very truly yours,
> OFFICE OF THE FEDERAL PUBLIC DEFENDER
>
> By: */s/ Gabrielle DiBella*
> Gabrielle DiBella
> Assistant Federal Public Defender

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,


-v-                                                    **ORDER**
                                                       CASE NO.: 25-CR-492 (AJB)


MARVIN AGUILAR GARCIA

_____

Upon review of Defendant's application pursuant to Local Rule 49.2(b) (amended Jan. 1, 2021) to file a brief under seal; the Court having reviewed *in camera* the brief requested to be filed under seal; and the Court having found that Defendant's application to file such brief under seal satisfies the requirements for ordering sealing under the governing legal standard set forth in *Lugosh v. Pyramid Co. of Onondaga Cty.*, 435 F.3d 110, 119-27 (2d Cir. 2006); it is hereby

**ORDERED**, that Defendant's application is **GRANTED** and Defendant is permitted to file the brief under seal.


DATED:  February 12, 2026                              SO ORDERED


                                                       _____
                                                       Hon. Anthony J. Brindisi
                                                       United States District Judge