IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARVIN AGUILAR-GARCIA,<br><br>Defendant. | Case No. 5:25-CR-492 (AJB)<br><br>GOVERNMENT'S SEALING APPLICATION |

The United States of America hereby applies to the Court, pursuant to Northern District of New York ("NDNY") Criminal Local Rule 49.2 for the sealing of the following: Letter Accompanying Dismissal Order. The United States respectfully requests such sealing because public filing of the above-described document would reveal matters currently governed by a protective order issued by the Court on February 2, 2026. *See* Dkt. 23. In the protective order, the Court directed the parties to file any material that references such matters under seal. Dkt. 23.

Because the government is seeking to seal the entire letter, a page marked "Sealed Letter Accompanying Dismissal Order" is attached to this public filing, pursuant to Criminal Local Rule 49.2(b).

The government further requests that the Court order the above-described letter remain under seal until further Order of this Court or any court of competent jurisdiction. If this Court determines the above-described motion should not be filed under seal, the government requests that the Court return the letter to the government without filing it publicly.

Respectfully submitted on this the 12th day of February, 2026.

/s/
TODD BLANCHE
Deputy Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By:

Benjamin A. Gillis
Assistant United States Attorney
Bar Roll No. 704915

# ATTACHMENT A

## SEALED DOCUMENT –
## LETTER ACCOMPANYING DISMISSAL ORDER

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARVIN AGUILAR-GARCIA,<br><br>Defendant. | Case No. 5:25-CR-492 (AJB) |

**ORDER**

The United States of America has applied to the Court pursuant to Northern District of New York ("NDNY") Criminal Local Rule 49.2 for an order sealing the following: Letter Accompanying Dismissal Order.

Based on the government's application, the Court orders such sealing because public filing of the above-described motion would reveal matters currently governed by protective order issued by the Court on February 2, 2026. *See* Dkt. 23.

IT IS HEREBY ORDERED that the Government's Letter Accompanying Dismissal Order is to be filed under seal. It is further ordered that the above-described motion will remain under seal until further order of this Court or any court of competent jurisdiction.

SO ORDERED on this the _____ day of ________________, 20____.

______________________________
Hon. Anthony J. Brindisi
United States District Judge