UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                      :

  UNITED STATES OF AMERICA,           :

                      :    Case No.: 5:25-CR-492

                      :    (AJB)

                      :

        v.                 :

                      :    **NOTICE OF APPEARANCE**

  MARVIN AGUILAR-GARCIA,         :

                      :

          Defendant.          :

                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for

Proposed Intervenor Advance Publications, Inc.

      Please direct all correspondence and other communications concerning this matter to the

undersigned.

Dated: Ithaca, New York
      July 30, 2026

                                */s/ Heather E. Murray*
                                Heather E. Murray (NDNY No. 704700)
                                CORNELL LAW SCHOOL
                                FIRST AMENDMENT CLINIC
                                Myron Taylor Hall
                                Ithaca, NY 14853
                                Tel:  (607) 255-8518
                                Email:  hem58@cornell.edu

TO:    All Counsel of Record