**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*
*James M. Hanley Federal Building*
*Syracuse, New York 13261-7198*

*Tel.: (315) 448-0672*
*Fax: (315) 448-0658*

August 25, 2026

Hon. Anthony J. Brindisi
United States District Judge
Alexander Pirnie Federal Building and U.S. Courthouse
10 Broad Street
Utica, NY 13501

Re: *United States v. Marvin Aguilar-Garcia*
Case No. 5:25-CR-492 (AJB)

Dear Judge Brindisi:

On July 29, 2026, community newspaper *The Post-Standard* filed a motion to intervene and unseal various court materials in the above-styled case. Dkt. 85. The Court ordered the government and Defendant to respond on or before August 27, 2026. *See* Dkt. 87.

The government writes to request a three-week extension of time in which the government and Defendant may respond to the motion to intervene and unseal. The factual and legal issues raised in the motion are complex, and implicate matters including First Amendment and common law right of public access; Federal Rule of Evidence 6(e); and potential impeachment material pursuant to *United States v. Giglio*, 405 U.S. 150 (1972).

Given the complex legal issues, as well as the assigned, undersigned Assistant U.S. Attorney's sizable caseload including matters currently being prepared for trial, the government requests a three-week extension of the parties' filing deadline. The government has conferred with defense counsel, who has no objection to this request.

Please let me know if the Court needs additional information to consider this request.

Respectfully submitted,

TODD BLANCHE
Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By: ______________________________
Benjamin A. Gillis
Assistant United States Attorney
Bar Roll No. 704915