# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK

Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Albany Office

39 N. Pearl Street
5TH FLOOR
ALBANY, NY 12207
(518) 436-1850
(518) 436-1780 FAX

August 27, 2026

Honorable Anthony J. Brindisi
United States District Judge
10 Broad Street
Utica, NY 13501

**RE: United States v. Marvin Aguilar Garcia**
**Case No.: 25-CR-492 (AJB)**

**APPLICATION TO FILE PORTIONS OF LETTER BRIEF UNDER SEAL**

Dear Judge Brindisi:

This letter serves as my application to file portions of the defendant's letter brief under seal, pursuant to Local Rule 49.2(b) (amended January 1, 2021). On February 2, 2026, this Court issued an order authorizing the Government to disclose certain information to the defense subject to a protective order, pursuant to an ex parte motion from the Government. Dkt. No. 23. On February 9, 2026, this Court issued an order authorizing the Government to disclose certain information to the defense subject to a protective order, pursuant to an ex parte motion from the Government. Dkt. No. 59. This Court issued a similar order again on February 10, 2026. Dkt. No. 65. As part of these orders, the Court ordered that any filing that references the facts disclosed pursuant to the orders shall be filed under seal. Defense counsel now seeks to file a letter brief that references these facts. In order to comply with these orders, the portions of the letter brief that reference these facts need to be filed under seal. A proposed order is attached to this application.

Thank you for your time and consideration in this matter.

Very truly yours,
OFFICE OF THE FEDERAL PUBLIC DEFENDER

By: */s/ Gabrielle DiBella*
Gabrielle DiBella
Assistant Federal Public Defender

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

**ORDER**
CASE NO.: 25-CR-492 (AJB)

MARVIN AGUILAR GARCIA

Upon review of Defendant's application pursuant to Local Rule 49.2(b) (amended Jan. 1, 2021) to file portions of a letter brief under seal; the Court having reviewed *in camera* the portions of the brief requested to be filed under seal; and the Court having found that Defendant's application to file portions of the letter brief under seal satisfies the requirements for ordering sealing under the governing legal standard set forth in *Lugosh v. Pyramid Co. of Onondaga Cty.*, 435 F.3d 110, 119-27 (2d Cir. 2006); it is hereby

**ORDERED**, that Defendant's application is **GRANTED** and Defendant is permitted to file the above-referenced portions of the letter brief under seal.

DATED: August 27, 2026

SO ORDERED

Hon. Anthony J. Brindisi
United States District Judge