# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK

Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Albany Office

54 State St.
3RD FLOOR
ALBANY, NY 12207
(518) 436-1850
(518) 436-1780 FAX

August 27, 2026

Hon. Anthony Brindisi
United States District Judge
10 Broad St.
Utica, NY 13501

**RE: United States v. Aguilar Garcia**
**Case No.: 25-CR-492 (AJB)**

Dear Judge Brindisi:

Attorney General Todd Blanche has recently characterized this Department of Justice as being "the most transparent Department of Justice in American history" and having "nothing to hide."[1] Indeed, "[t]ransparency is pivotal to public perception of the judiciary's legitimacy and independence."[2] Advance Publications, Inc., publisher of *The Post-Standard* and *Syracuse.com*, has asked this Court to unseal various filings in the above-captioned matter, seeking transparency about the dismissal of the indictment in this matter and why the taxpayers funded a prosecution that the Government could not sustain. In the spirit of transparency, and for the reasons stated in the letter request filed by Advance Publications, Inc., as well as the reasons that follow herein, defense counsel has no objection to the request to unseal, and agrees that all requested documents should be fully unsealed, with the exception of one set of redactions.

[redacted]

[redacted]

---

[1] NBC News, *DOJ responds to House Oversight chair's push for Todd Blanche to testify* (June 12, 2026), *available at* https://www.nbcnews.com/politics/trump-administration/live-blog/trump-congress-fisa-doj-ufc-2026-primary-elections-dhs-live-updates-rcna349535.

[2] *United States v. Aref*, 533 F.3d 72, 83 (2d Cir. 2008).

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

[redacted]

Respectfully submitted,

Gabrielle DiBella
Asst. Federal Public Defender

cc: Ben Gillis, AUSA, by ECF
Michael Whalen, AUSA, by ECF