**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*
*James M. Hanley Federal Building*
*Syracuse, New York 13261-7198*

*Tel.: (315) 448-0672*
*Fax: (315) 448-0658*

September 10, 2026

Hon. Anthony J. Brindisi
United States District Judge
Alexander Pirnie Federal Building and U.S. Courthouse
10 Broad Street
Utica, NY 13501

Re: *United States v. Marvin Aguilar-Garcia*
Case No. 5:25-CR-492 (AJB)

Dear Judge Brindisi:

On July 29, 2026, community newspaper *The Post-Standard* filed a motion to intervene and unseal various court materials in the above-styled case. Dkt. 85. The Court ordered the government to respond on or before September 11, 2026. *See* Dkt. 89. The motion to intervene and unseal raises several complex legal issues, including First Amendment and common law right of public access; the applicability of Federal Rule of Evidence 6(e) to certain categories of material; and potential impeachment material pursuant to *United States v. Giglio*, 405 U.S. 150 (1972).

Based on the complexity of these legal issues, the government requests leave to file a reply brief in excess of the standard 25-page limit. *See* Local R. Crim. P. 12.1(a). The government seeks permission to file a reply brief that is thirty-five (35) pages or less in length.

Please advise if additional information is needed to consider this request.

Very respectfully,

TODD BLANCHE
Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By: ______________________________
Benjamin A. Gillis
Assistant United States Attorney
Bar Roll No. 704915