IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MARVIN AGUILAR-GARCIA,

Defendant.

Case No. 5:25-CR-492 (AJB)

GOVERNMENT'S SEALING APPLICATION

The United States of America hereby applies to the Court, pursuant to Northern District of New York ("NDNY") Criminal Local Rule 49.2 for the sealing of the following: Government's Response to Proposed Intervenor's Unsealing Request. The United States respectfully requests such sealing because public filing of the above-described document would reveal matters currently governed by protective orders issued by the Court on February 2, 3, 9, and 10, 2026. *See* Dkt. 23, at 1; Dkt. 42, at 1-2; Dkt. 59, at 4-5; Dkt. 65. In the protective orders, the Court directed the parties to file any material that references such matters under seal. *See* Dkt. 59, at 4; Dkt. 65, at 2.

Because the government is seeking to seal the entire filing, a page marked "Sealed Response to Proposed Intervenor's Unsealing Request" is attached to this public filing, pursuant to Criminal Local Rule 49.2(b).

The government further requests that the Court order the above-described filing remain under seal until further Order of this Court or any court of competent jurisdiction. If this Court determines the above-described motion should not be filed under seal, the government requests that the Court return the motion to the government without filing it publicly.

Respectfully submitted on this the 11th day of September, 2026.

TODD BLANCHE
Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By: ______________________________
Benjamin A. Gillis
Assistant United States Attorney
Bar Roll No. 704915

# ATTACHMENT A

## SEALED FILING – GOVERNMENT'S RESPONSE TO PROPOSED INTERVENOR'S MOTION TO UNSEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARVIN AGUILAR-GARCIA,<br><br>Defendant. | Case No. 5:25-CR-492 (AJB) |

**ORDER**

The United States of America has applied to the Court pursuant to Northern District of New York ("NDNY") Criminal Local Rule 49.2 for an order sealing the following: Government's Response to Proposed Intervenor's Unsealing Request.

Based on the government's application, the Court orders such sealing because public filing of the above-described motion would reveal matters currently governed by protective orders issued by the Court on February 2, 3, 9, and 10, 2026. *See* Dkt. 23, at 1; Dkt. 42, at 1-2; Dkt. 59, at 4-5; Dkt. 65.

IT IS HEREBY ORDERED that the Government's Response to Proposed Intervenor's Unsealing Request is to be filed under seal. It is further ordered that the above-described filing will remain under seal until further order of this Court or any court of competent jurisdiction.

SO ORDERED on this the _____ day of ________________, 20____.

________________________________
Hon. Anthony J. Brindisi
United States District Judge