**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*
*James M. Hanley Federal Building*
*Syracuse, New York 13261-7198*

*Tel.: (315) 448-0672*
*Fax: (315) 448-0658*

November 3, 2026

Hon. Anthony J. Brindisi
U.S. District Judge
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, NY 13501

Re: *United States v. Marvin Aguilar-Garcia*
Case No. 5:25-CR-492 (AJB)

Dear Judge Brindisi:

I write pursuant to the Court's Dkt. 101 Order directing the parties to file a letter regarding remaining sealed items at Dkts. 90, 94, and 95. The government and Defendant have conferred and herein submit an agreed, joint proposal regarding proposed unsealing and redactions for filings at the aforementioned docket numbers.

- Dockets 90 and 94: Defendant's Response to Intervenor's Motion to Unseal (filed at Docket 94 and included as an attachment at Docket 90): Based on the Court's rulings, the brief should be unsealed but should receive redactions. The proposed redactions consist of references to grand jury transcripts and redactions designed to protect "collateral identifying information concerning private third parties who are unrelated to this litigation." *See* Dkt. 99, at 20.

- Docket 95: Government's Response to Intervenor's Motion to Unseal: Based on the Court's rulings, the brief should be unsealed but should receive redactions. The proposed redactions consist of references to grand jury transcripts and redactions designed to protect "collateral identifying information concerning private third parties who are unrelated to this litigation." *See* Dkt. 99, at 20.

The parties have structured the redactions to comply with the Court's prior rulings. *See* Dkt. 99, at 20-21. The proposed redacted filings identified herein have been submitted to the Court via MFT. Please advise if the Court requires anything further from the parties related to this matter.

Respectfully submitted,

TODD BLANCHE
Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By: ______________________________
Benjamin A. Gillis
Assistant United States Attorney
Bar Roll No. 704915